# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **DLJ Mortgage Capital, Inc.** | CIVIL ACTION NO: 1:22-cv-00372-LEW |
| **Plaintiff** | |
| vs. | RE:<br>633 Main Street, Old Town, ME 04468 |
| **Michelle L. Denning a/k/a Michelle Brunton,**<br>**Michael A. Steele and**<br>**Cavalry SPV I, LLC** | Mortgage:<br>March 31, 2007<br>Book 10902, Page 73 |
| **Defendants** | |

## AFFIDAVIT OF KELLY HARTIGAN IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AS TO DEFENDANTS/PARTIES-IN-INTEREST

I, Kelly Hartigan, hereby depose and state as follows:

1. I am a paralegal at Doonan, Graves & Longoria, LLC, the law firm who represents Plaintiff DLJ Mortgage Capital, Inc. ("DLJ Mortgage") in this matter. I submit this affidavit in support of Plaintiff's Motion for Default Judgment as to Defendants, Michael A. Steele, Michelle L. Denning a/k/a Michelle Brunton and Cavalry SPV I, LLC, pursuant to Fed. R. Civ. P. 55(b).

2. Plaintiff's Complaint was filed on November 29, 2022.

3. The Defendant, Michelle L. Denning a/k/a Michelle Brunton, was served with the Complaint on November 30, 2022.

4. The Defendant, Michael A. Steele, was served with the Complaint on December 10, 2022.

5. The Defendant, Cavalry SPV I, LLC, was served with the Complaint on November 30, 2022.

6. Proof of Service for Defendant, Michelle L. Denning a/k/a Michelle Brunton, was filed on December 12, 2022.

7. Proof of Service for Defendant, Michael A. Steele, was filed on December 12, 2022.

8. Proof of Service for Defendant, Cavalry SPV I, LLC, was filed on December 12, 2022.

9. Pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), Defendant, Michelle L. Denning a/k/a Michelle Brunton's response to the Complaint was due December 21, 2022.

10. Pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), Defendant, Michael A. Steele's response to the Complaint was due January 3, 2023.

11. Pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), Defendant, Cavalry SPV I, LLC's response to the Complaint was due December 21, 2022.

12. The Defendants are not in the military.

13. On February 8, 2023, Plaintiff filed a Motion for Entry of Default as to Defendant, Michelle L. Denning a/k/a Michelle Brunton.

14. On February 8, 2023, Plaintiff filed a Motion for Entry of Default as to Defendant, Michael A. Steele.

15. On February 8, 2023, Plaintiff filed a Motion for Entry of Default as to Defendant, Cavalry SPV I, LLC.

16. On February 8, 2023, this Court entered Default as to Defendant, Michelle L. Denning a/k/a Michelle Brunton.

17. On February 8, 2023, this Court entered Default as to Defendant, Michael A. Steele.

18. On February 8, 2023, this Court entered Default as to Defendant, Cavalry SPV I, LLC.

19. Upon information and belief, the attached payment history records received from our client were made at or near the time of the transactions by, or from information transmitted by someone with personal knowledge, pursuant to Fed. R. Evid. 803(6).

20. Upon information and belief, the attached payment history is kept in the course of a regularly conducted activity by our client, pursuant to Fed. R. Evid. 803(6).

21. Upon information and belief, the making of the attached records are a regular practice of our client's regularly conducted activity for maintaining records, pursuant to Fed. R. Evid. 803(6).

22. At the requested hearing, Plaintiff will produce a witness from the servicer of the subject loan to testify to the above.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 8th day of March, 2023.

    /s/Kelly Hartigan  
Kelly Hartigan

## COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss.                                         Dated this 8th day of March, 2023  
COUNTY OF ESSEX

      On this 8th day of March, 2023, before me, the undersigned notary public, personally appeared Kelly Hartigan, who proved to me through satisfactory evidence of identification to be the person whose name is signed on this document, who swore or affirmed to me that the contents of the document are truthful and accurate to the best of his/her knowledge and belief.

    /s/Heather M. Morris  
Notary Public  
Commission Expires: 03/30/2029