

## Financial Breakdown Summary

| Borrower / Loan Information | | | | | |
|---|---|---|---|---|---|
| Loan Number: | ▆▆▆▆ | Loan Status: | FC | Interest Type: | FIXED |
| Borrower: | STEELE, MICHAEL A | Due Date: | 07/01/2015 | Modified Date: | MM/DD/YYYY |
| Co-Borrower: | - | MI Coverage: | No | Restricted Escrow | $3,439.29 |
| Address: | 633 MAIN ST | Acquisition Date: | 09/21/2021 | BK Case #: | |
| City: | OLD TOWN | Maturity Date: | 04/01/2037 | BK Chapter: | |
| State: | ME | Stop Adv date: | MM/DD/YYYY | BK Filing Date: | |
| County: | Penobscot | Last Payment Date: | | Prepared Date: | 02/09/2023 |

| Financial Information | | | |
|---|---|---:|---:|
| **Unpaid Principal Balance** | | | **$117,050.29** |
| | Principal Balance | $117,050.29 | |
| | Deferred Balance | $0.00 | |
| **Accrued Interest** | | | **$53,485.65** |
| | Interest From Date | 06/01/2015 | |
| | Good-thru Date | 03/08/2023 | |
| | Interest Rate | 6.50000% | |
| | Per Diem Rate | $16.48 | |
| **Escrow Advance Balance** | | | **$31,625.99** |
| | Taxes | $3,811.81 | |
| | Insurance | $2,163.25 | |
| | Escrow Refund/Disbursement | $0.00 | |
| | Mortgage Insurance | $0.00 | |
| | Prior Servicer Advances | $25,650.93 | |
| MIP / PMI | | | **$0.00** |
| **Advance Balance** | | | **$16,254.64** |
| | Valuations | $237.00 | |
| | Preservation | $14,029.23 | |
| | Inspections | $1,613.41 | |
| | Postage | $0.00 | |
| | Misc. | $375.00 | |
| Late Charges | | | **$0.00** |
| NSF Fees | | | **$0.00** |
| Fax Fees | | | **$0.00** |
| Payoff Fees | | | **$0.00** |
| Interest on Advance | | | **$0.00** |
| Misc. | | | **$0.00** |
| Unapplied Funds | | | **$0.00** |
| **Total without Attorney fees** | | | **$218,416.57** |
| **Advance Balance - Excluded** | | | **$7,609.57** |
| | FC Fees | $5,420.00 | |
| | FC Costs | $2,189.57 | |
| | BK Fees | $0.00 | |
| | BK Costs | $0.00 | |
| **Total with Attorney fees** | | | **$226,026.14** |

| Foreclosure Name |
|---|
| DLJ Mortgage Capital, Inc. |






## Financial Breakdown Details

| Transaction Date | Transaction Description | Late Charges | Late Charges Balance | NSF Charges | NSF Charges Balance | Corporate Advance Activity | Corporate Advance Balance | Escrow / Advance Activity | Escrow / Advance Balance | Other Fees | Other Fees Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/23/2021 | | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| 09/23/2021 | Prior Servicer-Pre-distributed Interest, Escrow, Payment | | $0.00 | | $0.00 | | $0.00 | $9,999.99 | $9,999.99 | | $0.00 |
| 09/23/2021 | Prior Servicer-Pre-distributed Interest, Escrow, Payment | | $0.00 | | $0.00 | | $0.00 | $9,999.99 | $19,999.98 | | $0.00 |
| 09/23/2021 | Prior Servicer-Pre-distributed Interest, Escrow, Payment | | $0.00 | | $0.00 | | $0.00 | $6,297.20 | $26,297.18 | | $0.00 |
| 10/05/2021 | Interest on Escrow Credit | | $0.00 | | $0.00 | | $0.00 | ($645.00) | $25,652.18 | | $0.00 |
| 10/06/2021 | Escrow Advance Recovery | | $0.00 | | $0.00 | | $0.00 | $0.00 | $25,652.18 | | $0.00 |
| 10/08/2021 | Prior Servicer-FC ATTY FEES | | $0.00 | | $0.00 | $1,975.00 | $1,975.00 | | $25,652.18 | | $0.00 |
| 10/08/2021 | Prior Servicer-FC COSTS | | $0.00 | | $0.00 | $552.00 | $2,527.00 | | $25,652.18 | | $0.00 |
| 10/08/2021 | Prior Servicer-PROP INSPECTION | | $0.00 | | $0.00 | $1,397.50 | $3,924.50 | | $25,652.18 | | $0.00 |
| 10/08/2021 | Prior Servicer-LITIGATION COSTS | | $0.00 | | $0.00 | $75.00 | $3,999.50 | | $25,652.18 | | $0.00 |
| 10/08/2021 | Prior Servicer-REKEY COSTS | | $0.00 | | $0.00 | $280.00 | $4,279.50 | | $25,652.18 | | $0.00 |
| 10/08/2021 | Prior Servicer-PROPERTY PRESV | | $0.00 | | $0.00 | $1,299.00 | $5,578.50 | | $25,652.18 | | $0.00 |
| 10/08/2021 | Prior Servicer-Prior Servicer Advances | | $0.00 | | $0.00 | $300.00 | $5,878.50 | | $25,652.18 | | $0.00 |
| 10/08/2021 | Prior Servicer-REO POOL SERVICE | | $0.00 | | $0.00 | $1,200.00 | $7,078.50 | | $25,652.18 | | $0.00 |
| 10/08/2021 | Prior Servicer-REO TRASH OUT | | $0.00 | | $0.00 | $440.00 | $7,518.50 | | $25,652.18 | | $0.00 |
| 10/08/2021 | Prior Servicer-SNOW REMOVAL | | $0.00 | | $0.00 | $819.00 | $8,337.50 | | $25,652.18 | | $0.00 |
| 10/08/2021 | Prior Servicer-TITLE CURE COSTS | | $0.00 | | $0.00 | $300.00 | $8,637.50 | | $25,652.18 | | $0.00 |
| 10/08/2021 | Prior Servicer-GAS/ELECTRIC | | $0.00 | | $0.00 | $92.28 | $8,729.78 | | $25,652.18 | | $0.00 |
| 10/08/2021 | Prior Servicer- | | $0.00 | | $0.00 | $340.00 | $9,069.78 | | $25,652.18 | | $0.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | WINTERIZE PROP | | | | | | | | |
| 10/08/2021 | Prior Servicer-YARD MAINTENANCE | $0.00 | $0.00 | $5,485.00 | $14,554.78 | | $25,652.18 | $0.00 |
| 10/21/2021 | FC ATTY FEES | $0.00 | $0.00 | $395.00 | $14,949.78 | | $25,652.18 | $0.00 |
| 10/21/2021 | FC COSTS | $0.00 | $0.00 | $183.96 | $15,133.74 | | $25,652.18 | $0.00 |
| 11/26/2021 | Homeowners/Fire Insurance | $0.00 | $0.00 | | $15,133.74 | $365.52 | $26,017.70 | $0.00 |
| 12/02/2021 | PROP VALUATION | $0.00 | $0.00 | $95.00 | $15,228.74 | | $26,017.70 | $0.00 |
| 12/03/2021 | PROP VALUATION | $0.00 | $0.00 | ($95.00) | $15,133.74 | | $26,017.70 | $0.00 |
| 12/06/2021 | PROP INSPECTION | $0.00 | $0.00 | $18.00 | $15,151.74 | | $26,017.70 | $0.00 |
| 12/22/2021 | Homeowners/Fire Insurance | $0.00 | $0.00 | | $15,151.74 | $121.84 | $26,139.54 | $0.00 |
| 01/05/2022 | FC ATTY FEES | $0.00 | $0.00 | $500.00 | $15,651.74 | | $26,139.54 | $0.00 |
| 01/05/2022 | FC COSTS | $0.00 | $0.00 | $56.34 | $15,708.08 | | $26,139.54 | $0.00 |
| 01/10/2022 | PROP INSPECTION | $0.00 | $0.00 | $18.00 | $15,726.08 | | $26,139.54 | $0.00 |
| 01/24/2022 | Homeowners/Fire Insurance | $0.00 | $0.00 | | $15,726.08 | $121.84 | $26,261.38 | $0.00 |
| 02/03/2022 | City Tax | $0.00 | $0.00 | | $15,726.08 | $1,279.21 | $27,540.59 | $0.00 |
| 02/23/2022 | Homeowners/Fire Insurance | $0.00 | $0.00 | | $15,726.08 | $121.84 | $27,662.43 | $0.00 |
| 03/16/2022 | PROP INSPECTION | $0.00 | $0.00 | $19.99 | $15,746.07 | | $27,662.43 | $0.00 |
| 03/23/2022 | Homeowners/Fire Insurance | $0.00 | $0.00 | | $15,746.07 | $121.84 | $27,784.27 | $0.00 |
| 04/22/2022 | Homeowners/Fire Insurance | $0.00 | $0.00 | | $15,746.07 | $121.84 | $27,906.11 | $0.00 |
| 04/25/2022 | PROP INSPECTION | $0.00 | $0.00 | $19.99 | $15,766.06 | | $27,906.11 | $0.00 |
| 05/24/2022 | Homeowners/Fire Insurance | $0.00 | $0.00 | | $15,766.06 | $121.84 | $28,027.95 | $0.00 |
| 06/03/2022 | PROP INSPECTION | $0.00 | $0.00 | $19.99 | $15,786.05 | | $28,027.95 | $0.00 |
| 06/10/2022 | PROP VALUATION | $0.00 | $0.00 | $97.00 | $15,883.05 | | $28,027.95 | $0.00 |
| 06/22/2022 | Homeowners/Fire Insurance | $0.00 | $0.00 | | $15,883.05 | $121.84 | $28,149.79 | $0.00 |
| 07/07/2022 | PROP INSPECTION | $0.00 | $0.00 | $19.99 | $15,903.04 | | $28,149.79 | $0.00 |
| 07/22/2022 | Homeowners/Fire Insurance | $0.00 | $0.00 | | $15,903.04 | $121.84 | $28,271.63 | $0.00 |
| 08/10/2022 | FC COSTS | $0.00 | $0.00 | $250.00 | $16,153.04 | | $28,271.63 | $0.00 |
| 08/11/2022 | PROP INSPECTION | $0.00 | $0.00 | $19.99 | $16,173.03 | | $28,271.63 | $0.00 |
| 08/16/2022 | City Tax | $0.00 | $0.00 | | $16,173.03 | $1,266.30 | $29,537.93 | $0.00 |
| 08/24/2022 | Homeowners/Fire Insurance | $0.00 | $0.00 | | $16,173.03 | $121.76 | $29,659.69 | $0.00 |
| 09/01/2022 | PROPERTY PRESV | $0.00 | $0.00 | $88.50 | $16,261.53 | | $29,659.69 | $0.00 |
| 09/01/2022 | PROPERTY PRESV | $0.00 | $0.00 | $59.00 | $16,320.53 | | $29,659.69 | $0.00 |
| 09/01/2022 | PROPERTY PRESV | $0.00 | $0.00 | $47.20 | $16,367.73 | | $29,659.69 | $0.00 |
| 09/01/2022 | PROPERTY PRESV | $0.00 | $0.00 | $41.30 | $16,409.03 | | $29,659.69 | $0.00 |
| 09/01/2022 | PROPERTY PRESV | $0.00 | $0.00 | $35.40 | $16,444.43 | | $29,659.69 | $0.00 |
| 09/06/2022 | FC ATTY | $0.00 | $0.00 | $850.00 | $17,294.43 | | $29,659.69 | $0.00 |


| Date | Description | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | FEES | | | | | | | | |
| 09/08/2022 | FC COSTS | $0.00 | $0.00 | $95.05 | $17,389.48 | | $29,659.69 | | $0.00 |
| 09/19/2022 | PROP INSPECTION | $0.00 | $0.00 | $19.99 | $17,409.47 | | $29,659.69 | | $0.00 |
| 09/27/2022 | PROPERTY PRESV | $0.00 | $0.00 | $2,289.20 | $19,698.67 | | $29,659.69 | | $0.00 |
| 09/27/2022 | PROPERTY PRESV | $0.00 | $0.00 | $696.20 | $20,394.87 | | $29,659.69 | | $0.00 |
| 09/28/2022 | Homeowners/Fire Insurance | $0.00 | $0.00 | | $20,394.87 | $140.25 | $29,799.94 | | $0.00 |
| 10/14/2022 | PROPERTY PRESV | $0.00 | $0.00 | $681.45 | $21,076.32 | | $29,799.94 | | $0.00 |
| 10/21/2022 | PROP INSPECTION | $0.00 | $0.00 | $19.99 | $21,096.31 | | $29,799.94 | | $0.00 |
| 10/24/2022 | Homeowners/Fire Insurance | $0.00 | $0.00 | | $21,096.31 | $140.25 | $29,940.19 | | $0.00 |
| 11/14/2022 | PROPERTY PRESV | $0.00 | $0.00 | $135.70 | $21,232.01 | | $29,940.19 | | $0.00 |
| 11/23/2022 | Homeowners/Fire Insurance | $0.00 | $0.00 | | $21,232.01 | $140.25 | $30,080.44 | | $0.00 |
| 11/25/2022 | PROP INSPECTION | $0.00 | $0.00 | $19.99 | $21,252.00 | | $30,080.44 | | $0.00 |
| 12/08/2022 | FC ATTY FEES | $0.00 | $0.00 | $850.00 | $22,102.00 | | $30,080.44 | | $0.00 |
| 12/08/2022 | FC COSTS | $0.00 | $0.00 | $402.00 | $22,504.00 | | $30,080.44 | | $0.00 |
| 12/22/2022 | Homeowners/Fire Insurance | $0.00 | $0.00 | | $22,504.00 | $140.25 | $30,220.69 | | $0.00 |
| 12/22/2022 | FC ATTY FEES | $0.00 | $0.00 | $850.00 | $23,354.00 | | $30,220.69 | | $0.00 |
| 12/22/2022 | FC COSTS | $0.00 | $0.00 | $350.22 | $23,704.22 | | $30,220.69 | | $0.00 |
| 12/28/2022 | PROP VALUATION | $0.00 | $0.00 | $140.00 | $23,844.22 | | $30,220.69 | | $0.00 |
| 12/29/2022 | PROP INSPECTION | $0.00 | $0.00 | $19.99 | $23,864.21 | | $30,220.69 | | $0.00 |
| 12/31/2022 | Interest on Escrow Credit | $0.00 | $0.00 | | $23,864.21 | ($1.25) | $30,219.44 | | $0.00 |
| 01/03/2023 | Escrow Advance Recovery | $0.00 | $0.00 | | $23,864.21 | $0.00 | $30,219.44 | | $0.00 |
| 01/24/2023 | Homeowners/Fire Insurance | $0.00 | $0.00 | | $23,864.21 | $140.25 | $30,359.69 | | $0.00 |
| 02/03/2023 | City Tax | $0.00 | $0.00 | | $23,864.21 | $1,266.30 | $31,625.99 | | $0.00 |
| 02/09/2023 | | $0.00 | $0.00 | | $23,864.21 | | $31,625.99 | | $0.00 |

 

**Payment History**

| Transaction Date | Transaction Description | Due Date | Payment | Principal | Interest | Escrow | Fee / Advance code | Fee / Advance | Fee / Advance Description | Unapplied | Restricted Escrow |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/23/2021 | New Loan Setup | 07/01/2017 | $0.00 | ($117,050.29) | $0.00 | $0.00 | | $0.00 | | $0.00 | $0.00 |
| 09/23/2021 | Pre-distributed Interest, Escrow, Payment | 07/01/2017 | ($6,297.20) | $0.00 | $0.00 | ($6,297.20) | | $0.00 | | $0.00 | $0.00 |
| 09/23/2021 | Pre-distributed Interest, Escrow, Payment | 07/01/2017 | ($9,999.99) | $0.00 | $0.00 | ($9,999.99) | | $0.00 | | $0.00 | $0.00 |
| 09/23/2021 | Pre-distributed Interest, Escrow, Payment | 07/01/2017 | ($9,999.99) | $0.00 | $0.00 | ($9,999.99) | | $0.00 | | $0.00 | $0.00 |
| 09/28/2021 | Non-Cash Balance Adjustment | 07/01/2015 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | | $0.00 | $0.00 |



**Interest Rate table**

| Rate | From | To |
|---|---|---|
| 6.50000% | 04/01/2007 | 04/30/2007 |